# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LA TOYA M. CRUZ,<br><br>    **Plaintiff,**<br><br> vs.<br><br>**STATE OF NEBRASKA, and THE STATE OF NEBRASKA, ACTING THROUGH THE NEBRASKA DEPARTMENT OF HEALTH AND HUMAN SERVICES,**<br><br>    **Defendants.** | 4:19CV3042<br><br>**AMENDED<br>CASE PROGRESSION ORDER** |

   This matter comes before the Court on the parties' Joint Motion to Extend Progression Order Deadlines (Filing No. 19). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

   **IT IS ORDERED** that the Joint Motion to Extend Progression Order Deadlines (Filing No. 19) is granted, and the amended final progression order is amended as follows:

1) The pretrial conference and trial are cancelled and will be rescheduled at a later date.

2) A status conference to discuss dispositive motions, the pretrial conference and trial dates, and settlement status will be held with the undersigned magistrate judge on **June 1, 2020**, at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadline for filing motions to dismiss and motions for summary judgment is **July 3, 2020**.

4) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

5) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 1st day of April, 2020.

                   BY THE COURT:

                   s/Michael D. Nelson
                   United States Magistrate Judge